UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Case No. 1:17-mc-00002-LMB-IDD<br><br>Related to:<br>Criminal No. 1:12-cr-00127-LMB<br>　　　　　　　1:12-mj-00033-JFA |

**REPLY TO SUPPLEMENTAL RESPONSE OF THE UNITED STATES TO APPLICATION FOR ACCESS TO CERTAIN SEALED COURT RECORDS**

The Reporters Committee for Freedom of the Press (the "Reporters Committee"), by and through its undersigned counsel, hereby files this Reply to the Supplemental Response of the United States (hereinafter, the "Government") to the Reporters Committee's pending application seeking the unsealing of certain court records related to the Government's completed criminal investigation and prosecution of John C. Kiriakou, Case No. 1:12-cr-00127.

As set forth in its Supplemental Response, the Government identified the following materials filed in this Court that are responsive to the Reporters Committee's Application: a search warrant, the application for the search warrant, the affidavit in support of the application for the search warrant, and the sealing motion and order (collectively, the "Search Warrant Materials"), all of which were filed in case number 1:12-sw-38. The Government filed redacted versions of the Search Warrant Materials, which were unsealed by this Court on February 17, 2017, as an attachment to its Supplemental Response. *See* ECF No. 6-1.

1

Upon review of the redacted Search Warrant Materials, the Reporters Committee discovered that two pages of the original sealing motion filed by the Government in case number 1:12-sw-38 were omitted in their entirety.  The Reporters Committee has contacted the United States Attorney's Office regarding that omission and understands that the United States Attorney's Office is currently working to address it.  In addition, the Reporters Committee is also currently in the process of evaluating the redactions made by the Government to the Search Warrant Materials to determine whether it will object to any of those redactions.

The Reporters Committee will inform the Court as to whether there are any remaining issues for the Court to address or whether this matter has been fully resolved as soon as practicable and in any event no later than thirty days from the date of this filing.

Dated:  February 22, 2017

                                        Respectfully submitted,

                                        */s/ Caitlin Vogus*
                                        Caitlin Vogus
                                        VA Bar No. 81054
                                        THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
                                        1156 15th St. NW, Suite 1250
                                        Washington, DC 20005
                                        Phone: 202.795.9300
                                        Facsimile: 202.795.9310
                                        cvogus@rcfp.org
                                        *Counsel of Record for Applicant the Reporters Committee for Freedom of the Press*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of February 2017, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

                               */s/ Caitlin Vogus*
                               Caitlin Vogus
                               VA Bar No. 81054
                               THE REPORTERS COMMITTEE FOR
                               FREEDOM OF THE PRESS
                               1156 15th St. NW, Suite 1250
                               Washington, DC 20005
                               Phone: 202.795.9300
                               Facsimile: 202.795.9310
                               cvogus@rcfp.org
                               *Counsel of Record for Applicant the Reporters Committee for Freedom of the Press*